Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorneys for Plaintiff,
Arthur Owens

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ARTHUR OWENS,<br><br>        Plaintiff,<br><br>   vs.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., dba FEDEX OFFICE #5181; IRWIN HOFFMAN, as Trustee of the IRWIN HOFFMAN IRREVOCABLE TRUST AGREEMENT dated 3/19/91, and as Trustee of the HOFFMAN TRUST dated 11/20/98; TERRY PODERS HOFFMAN, Trustee of the HOFFMAN TRUST dated 11/20/98;<br><br>        Defendants. | No. 1:16-cv-01141-AWI-BAM<br><br>**STIPULATION TO STAY ACTION DUE TO DEATH OF PLAINTIFF; [~~PROPOSED~~] ORDER** |

Counsel for Plaintiff, Arthur Owens ("Plaintiff"), and Defendants Irwin Hoffman, as Trustee of the Irwin Hoffman Irrevocable Trust Agreement dated 3/19/91, and as Trustee of the Hoffman Trust dated 11/20/98; and Terry Poders Hoffman, Trustee of the Hoffman Trust dated 11/20/98 ("Defendants," and together with Plaintiff, the "Parties"), by and through their attorney of record, hereby represent and stipulate as follows:

**WHEREAS**, this action arises out of Plaintiff's claims, all of which are disputed by Defendants, that Defendants discriminated against him in violation of Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq*. ("ADA") and related California law.  Plaintiff's lawsuit seeks injunctive relief under state and federal law, damages under state law, and the recovery of his attorneys' fees, costs, and litigation expenses as permitted by statute;

**WHEREAS,** a settlement was reached between Plaintiff and defendant FedEx Office and Print Services, Inc. ("FedEx") and FedEx was dismissed from the action on October 6, 2016 (Dkt. 15);

**WHEREAS,** Plaintiff recently passed away, and counsel for Plaintiff filed a Statement Noting Party's Death on October 20, 2016 (Dkt. 18);

**WHEREAS,** no personal representative has come forward yet on behalf of Plaintiff's estate;

**WHEREAS,** once the representative of Plaintiff's estate has been identified, counsel for Plaintiff anticipates filing a motion to substitute parties to name that individual as a plaintiff on behalf of Plaintiff's estate;

**WHEREAS,** the Parties wish to conserve their resources as well as those of the Court pending the substitution into the case of a representative on behalf of Plaintiff's estate;

**WHEREAS,** pursuant to Fed. R. Civ. P. 25(a)(1), a motion for substitution must be made within 90 days of service of the statement noting Plaintiff's death, or by January 17, 2017;

**WHEREAS,** pursuant to Fed. R. Civ. P. 25(a)(1), "[i]f the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** that this matter be stayed. Should a motion for substitution of parties not be filed in this action on or before January 17, 2017, the Parties shall file a stipulation for dismissal of the action on or before January 24, 2017.

**IT IS SO STIPULATED.**

Dated: November 3, 2016   MOORE LAW FIRM, P.C.


*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Arthur Owens

Dated: November 2, 2016   CALL & JENSEN
           A Professional Corporation

*/s/ Ryan M. McNamara*
Ryan M. McNamara
Attorneys for Defendants,
Irwin Hoffman, as Trustee of the Irwin Hoffman
Irrevocable Trust Agreement dated 3/19/91, and as
Trustee of the Hoffman Trust dated 11/20/98; and
Terry Poders Hoffman, Trustee of the Hoffman
Trust dated 11/20/98

## ORDER

   The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED as follows:

   1. This action is stayed.

   2. Plaintiff's representative shall either file a Motion for Substitution of Parties in this action on or before January 17, 2017, or the parties shall file a stipulation for dismissal of the action on or before January 24, 2017.

**IT IS SO ORDERED**.

Dated**:** **November 4, 2016**    */s/ Barbara A. McAuliffe*
             UNITED STATES MAGISTRATE JUDGE

STIPULATION TO STAY ACTION DUE TO DEATH OF PLAINTIFF; [PROPOSED] ORDER