# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., dba FEDEX OFFICE #5181, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01141-AWI-BAM<br><br>ORDER REQUIRING PLAINTIFF TO SUPPLEMENT THE STATEMENT OF PLAINTIFF'S DEATH UPON THE RECORD WITH EVIDENCE OF PROPER SERVICE<br><br>SEVEN-DAY DEADLINE |

    Plaintiff Arthur Owens ("Plaintiff"), through counsel, initiated this action under the Americans with Disabilities Act on August 4, 2016, against Defendants FedEx Office and Print Services, Inc., dba FedEx Office #5181; Irwin Hoffman, as Trustee of the Irwin Hoffman Irrevocable Trust Agreement dated 3/19/91, and as Trustee of the Hoffman Trust dated 11/20/98; and Terry Poders Hoffman, as Trustee of the Hoffman Trust dated 11/20/98. (Doc. 1). Defendant FedEx Office and Print Services, Inc., dba FedEx Office #5181 has been dismissed from this action.

    On October 20, 2016, Plaintiff's counsel, Tanya E. Moore, filed a statement pursuant to Federal Rule of Civil Procedure 25(a) noting the death of Plaintiff Arthur Owens during the pendency of this action. (Doc. 18.) Although counsel reportedly has been in contact with Plaintiff's brother, Charles Owens, there is no indication that Plaintiff's counsel served any

1

member of Plaintiff's family, including Plaintiff's brother, with the statement noting death in compliance with Federal Rules of Civil Procedure 4 and 25(a)(1).

Accordingly, Plaintiff is HEREBY ORDERED to supplement the notice with evidence of proper service on Plaintiff's family member(s) within seven days from the date of service of this order.

IT IS SO ORDERED.

Dated: **April 10, 2017**           /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE